UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-03332-KLM

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| PREMIER HOSPITALITY, INC., a Colorado corporation; | : |
| | : |
| | : |
| Defendant. | : |
| _____/ | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fred Nekouee ("Plaintiff") hereby dismisses Plaintiff's claims against Defendant PREMIER HOSPITALITY, INC. with prejudice. The parties have entered into a settlement agreement covering all matters in the Complaint.

DATE:  July 29, 2019

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (CO # 28399)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 29th day of July 2019, I filed a true and correct copy of the foregoing Notice via the Court's CM/ECF system and sent a true and correct copy by U.S. Mail, postage prepaid to In Ki Song, Registered Agent of Premier Hospitality, Inc., 7030 Highway 2, Commerce City, CO 80022.

                                    *s/Robert J. Vincze*
                                    Robert J. Vincze (CO #28399)